# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES B. ASHMEN, JR., | : | No. 3:17cv104 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| BIG BOULDER CORPORATION d/b/a | : | |
| JACK FROST/BIG BOULDER SKI | : | |
| RESORTS, JFFB SKI AREAS, INC. | : | |
| d/b/a JACK FROST/BIG BOULDER | : | |
| SKI RESORTS and PEAK RESORTS, | : | |
| INC., | : | |
| | : | |
| Defendants | : | |

............................................................................................................

## ORDER

**AND NOW**, to wit, this 8th day of May 2018, defendants' motion for summary judgment (Doc. 19) is **DENIED**.

BY THE COURT:


s/ James M. Munley_____
**JUDGE JAMES M. MUNLEY**
**United States District Court**